BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LISA E. FELDMAN (Cal. Bar No. 130019)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0633
     Facsimile: (213) 894-2927
     E-mail:   lisa.feldman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNTIED STATES OF AMERICA, | 2:25-MJ-03615 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ALEJANDRO THEODORO ORELLANA, | |
| Defendant. | |

After considering the application filed on June 20, 2025, and for GOOD CAUSE SHOWN, the Court hereby orders that the Preliminary Hearing in the above-entitled case is continued to July 3, 2025 at 11:30 a.m. and Post-Indictment Arraignment is continued to July 10, 2025 at 11:30 a.m.  Both hearings shall take place in Courtroom 640,

//
//
//
//
//

on the 6th Floor of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS SO ORDERED.

_____  
DATE

THE HONORABLE MARIA A. AUDERO  
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
_____  
LISA E. FELDMAN  
Assistant United States Attorney