BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LISA E. FELDMAN (Cal. Bar No. 130019)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0633
    Facsimile: (213) 894-2927
    E-mail:     Lisa.feldman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03615 |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR CONTINUANCE OF PRELIMINARY HEARING |
| v. | |
| ALEJANDRO THEODORO ORELLANA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Lisa E. Feldman, hereby respectfully applies for an order continuing the Preliminary Hearing in the above-entitled case from June 27, 2025 to July 3, 2025.  Defendant was released from custody and is on bond, and the requested date of July 3, 2025 for the Preliminary Hearing is within the 21-day time period permitted under Fed.R.Crim.Proc. Rule 5.1.  Defendant does not oppose this request.

//

This application is based on the attached declaration of Lisa E. Feldman and the files and records of this case.

Dated: June 20, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                      United States Attorney

                                        DAVID T. RYAN
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                        _____/s/ [*Lisa E. Feldman*]_____
                                        LISA E. FELDMAN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**DECLARATION OF LISA E. FELDMAN**

I, Lisa E. Feldman, hereby declare and state:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Alejandro Theodoro Orellana, 2:25-MJ-03615.

2. On June 12, 2025, a Criminal Complaint was filed in this case charging defendant with Conspiracy to Commit Civil Disorders, and Aiding and Abetting Civil Disorders, in violation of Title 18, United States Code, Sections 371, 231(a)(3) and 2, respectively. On June 13, 2025, defendant made his initial appearance on the Complaint before the Honorable Charles F. Eick, United States Magistrate Judge. Defendant was ordered released from custody on a $5,000 bond, and he was also ordered not to knowingly come within 100 yards of any federal agents and federal buildings, except for court and legal visits. The Court scheduled a Preliminary Hearing on June 27, 2025 and Post-Indictment Arraignment (PIA) on July 3, 2025.

3. The government respectfully requests to continue the Preliminary Hearing to July 3, 2025, which is within the 21-day time period specified under Fed.R.Crim.Pro. Rule 5.1 for defendants who are not in custody.

//
//
//
//
//
//

4. On June 20, 2025, I sent an email to defense counsel, Deputy Federal Public Defender Shannon Coit, about this application. Ms. Coit sent me back a reply advising that the defense has no objection to moving the preliminary hearing date.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: June 20, 2025

*Lisa Feldman*

LISA E. FELDMAN

2