BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LISA E. FELDMAN (Cal. Bar No. 130019)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0633
    Facsimile: (213) 894-2927
    E-mail:   lisa.feldman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNTIED STATES OF AMERICA, | 2:25-MJ-03615 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ALEJANDRO THEODORO ORELLANA, | |
| Defendant. | |

After considering the application filed on June 20, 2025, and for GOOD CAUSE SHOWN, the Court hereby orders that the Preliminary Hearing in the above-entitled case is continued to July 3, 2025 at 11:30 a.m.

IT IS SO ORDERED.

_____       THE HONORABLE MARIA A. AUDERO
DATE       UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/
_____
LISA E. FELDMAN
Assistant United States Attorney